UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JOSE ANIBAL MUNOZ, et al.,

Plaintiff,

-against-

CARNICERIA HISPANOAMERICANA,
INC., et al.,

Defendants

-------------------------------------------------------X

Case No. 1:20-cv-2857

**JUDGMENT**

WHEREAS on or about December 29, 2020, Defendants CARNICERIA HISPANOAMERICANA, INC. (D/B/A CARNICERIA HISPANOAMERICANA), FERNANDO GOMEZ, FERNEY GOMEZ, and OSCAR ANDRADE (A.K.A. EL PAJARO) (A.K.A EL PAJARO) extended to Plaintiff JOSE ANIBAL MUNOZ an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>eighty thousand dollars and zero cents ($80,000.00)</u>, and whereas said Plaintiff accepted said offer on or about December 29, 2020,

JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of <u>eighty thousand dollars and zero cents ($80,000.00)</u>.

Dated: New York, New York

___January 11_____, 2021___.

/s/(ARR)

ALLYNE R. ROSS, U.S.D.J.